UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | No. 1:20- mj-229-01-AJ |
| ) | |
| RYDER WINEGAR            ) | |

MOTION TO SEAL

NOW COMES Scott W. Murray, United States Attorney for the District of New Hampshire, and hereby moves that this entire case, including the Complaint and all supporting or related documents, be sealed at Level I until the defendant is taken into federal custody. Public disclosure of the Complaint prior to the defendant being taken into custody could increase the risk of the defendant's flight and endanger law enforcement in attempting to effectuate the arrest.

Date:   December 21, 2020

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney
NY Bar No. 4326500
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Charles.rombeau@usdoj.gov

Motion     X Granted     ~~Denied~~

/s/ Andrea K. Johnstone
Andrea K. Johnstone
United States Magistrate Judge

Date:   Dec 21, 2020