THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-mj-00229-AJ |
| ) | |
| RYDER WINEGAR ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ryder Winegar.

Date:  January 12, 2021                    /s/   Charles J. Keefe
                                           **Signature**

                                            Charles J. Keefe                    14209
                                           **Print Name**                    **Bar Number**

                                            378 Main Street
                                           **Address**

                                            Nashua, New Hampshire         03060
                                           **City/State**                    **Zip Code**

                                            (603) 595-0007     keefe@wbdklaw.com
                                           **Phone Number**    **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:   Charles L. Rombeau, AUSA

Date:  January 12, 2021                     /s/   Charles J. Keefe
                                           **Signature**