AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

**RECEIVED DEC 2 2 2020 US MARSHALS SERVICE**

United States of America
v.

FILED - USDC -NH   Ryder Winegar
2021 JAN 12 PM1:42

_____
*Defendant*

)
)
)
)
)
)
)

Case No.   1:20-mj- 229-01-AJ

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ryder Winegar                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) - Threats Against Members of Congress

Date:      12/21/2020

_____
*Issuing officer's signature*

City and state:    Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-22-2020 , and the person was arrested on *(date)* 1-11-2021
at *(city and state)* Boston, MA .

Date:  1-11-2021

_____
*Arresting officer's signature*

Gregory Murano Ousm
*Printed name and title*