UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket no. 1:21-cr-21-SM-01 |
| ) | |
| v. ) | |
| ) | |
| RYDER WINEGAR ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Senator 1, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Senator 1 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

COUNT TWO
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Senator 2, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Senator 2 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

COUNT THREE
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Representative 1, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Representative 1 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

COUNT FOUR
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Representative 2, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Representative 2 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

COUNT FIVE
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Senator 3, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Senator 3 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

COUNT SIX
Threats Against a Federal Official
18 U.S.C. § 115(a)(1)(B)

On or about December 16, 2020, in the District of New Hampshire and elsewhere, the defendant

RYDER WINEGAR

did threaten to murder U.S. Representative 3, a member of the United States Congress, with intent to impede, intimidate and interfere with U.S. Representative 3 while he/she was engaged in the performance of his/her official duties, in violation of Title 18, United States Code, Section 115.

<u>COUNT SEVEN</u>
Interstate Threatening Communications
18 U.S.C. § 875(c)

On or about December 14, 2020, in the District of New Hampshire, the defendant

RYDER WINEGAR

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, did transmit a communication in interstate commerce containing a threat to kidnap and injure the person of another, namely, an e-mail communication to New Hampshire State Representative 1 containing a threat to pull New Hampshire State Representative 1 from his bed and hang him, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

Dated:  February 8, 2021                                /s/ Foreperson
                                                                                  FOREPERSON

SCOTT W. MURRAY
UNITED STATES ATTORNEY

       /s/ Charles L. Rombeau
By:    Charles L. Rombeau
       Assistant U.S. Attorney