UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>)<br>v.                                                     )<br>)<br>RYDER WINEGAR                            ) | Cr. No.  1:21-cr-21-SM-01 |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 8th day of February, 2021.

This 8th day of February, 2021.

SCOTT W. MURRAY
United States Attorney

By: /s/ Charles L. Rombeau
       John S. Davis
       Assistant U.S. Attorney

WARRANT ISSUED: _____