

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED FEB 0 9 2021 US MARSHALS SERVICE

## UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RYDER WINEGAR<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:21-cr-21-SM-01 |

FILED - USDC -NH
2021 FEB 12 AM 7:55

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Ryder Winegar,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 through 6: 18 U.S.C. § 115(a)(1)(B) - Threats Against a Federal Official

Count 7: 18 U.S.C. § 875(c) - Interstate Threatening Communications

Date:  02/09/2021                                              _____
                                                               *Issuing officer's signature*

City and state:  Concord, New Hampshire                        Brier Temple, Deputy Clerk
                                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/21 , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:  2/9/21        IN Custody         _____
                                         *Arresting officer's signature*

                                         Gregory Murano DUSM
                                         *Printed name and title*