UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

　　　　　　v.　　　　　　　　　　　　　Criminal Case No. __1:21-cr-21-SM__

Ryder Winegar

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, __Ryder Winegar__, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: __February 22, 2021__　　　/s/ Ryder Winegar
　　　　　　　　　　　　　　　　　　　Defendant

Date: __February 22, 2021__　　　/s/ Charles J. Keefe
　　　　　　　　　　　　　　　　　　　Counsel for Defendant

WAIVER APPROVED.

Date: _____　　　_____
　　　　　　　　　　　　　　　　　　　❏ United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　❏ United States District Judge

Copies to:
　　U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1  (12-02)