**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

        v.                                   Case No. 21-cr-21-01-SM

<u>Ryder Winegar</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 19) filed by the Government is granted; Final Pretrial Conference is rescheduled to April 7, 2021 at 4:30 p.m. Trial is continued to the two-week period beginning April 20, 2021, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, <u>18 U.S.C. § 3161(h)(7)(B)(iv)</u>, for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
United States District Judge

Date: March 2, 2021

cc:   Charles Rombeau, AUSA
      Charles J. Kefe, Esq.
      U.S. Marshal
      U.S. Probation