UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                      Case No. 21-cr-21-01-SM

<u>Ryder Winegar</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 21) filed by the defendant is granted; Final Pretrial Conference is rescheduled to June 9, 2021 at 10:30 a.m.  Trial is continued to the two-week period beginning June 22, 2021, 9:30 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, <u>18 U.S.C. § 3161(h)(7)(B)(iv)</u>, for the reasons set forth in the motion.

SO ORDERED.

                                            By the Court,

                                            Steven J. McAuliffe
                                            United States District Judge

Date: March 12, 2021

cc:   Charles Rombeau, AUSA
      Charles J. Kefe, Esq.
      U.S. Marshal
      U.S. Probation