## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:21-CR-00021-SM |
| | ) | |
| RYDER WINEGAR | ) | |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

NOW COMES Ryder Winegar, the Defendant in the above-captioned matter, and waives his right to a speedy trial in the above-referenced indictment in this case for purpose of this continuance. In support, the Defendant asserts as follows:

1. I, Ryder Winegar, understand that I have a constitutional right to a speedy and public trial with respect to the charges currently pending against me in this case; and

2. That this right is guaranteed to me by the Fifth Amendment to the U.S. Constitution; and

3. That I am knowingly, intelligently and voluntarily waiving this right for the purpose of my pending request for a continuance of the April 20, 2021, Jury Selection/Trial.

Respectfully Submitted:

Dated: MARCH 16 2021

Ryder Winegar

By his attorneys,

WILSON, BUSH & KEEFE, P.C.

Dated: 3/19/21

Charles J. Keefe, N.H. Bar No.: 14209
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
NH Bar No.:  14209
keefe@wbdklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Waiver of Speedy Trial was this date forwarded to Charles L. Rombeau, Esquire, Assistant United States Attorney.

Dated: 3-19-21

Charles J. Keefe

2