```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * *
                                 *
UNITED STATES OF AMERICA         *
                                 *
                                 *  No. 1:21-cr-00021-SM-1
             v.                  *      1:20-mj-00229-AJ
                                 *  January 27, 2021
                                 *  9:07 a.m.
RYDER WINEGAR,                   *
                                 *
             Defendant.          *
                                 *
* * * * * * * * * * * * * * * * *


            TRANSCRIPT OF CONTINUED DETENTION HEARING
                     HELD VIA VIDEOCONFERENCE
             BEFORE THE HONORABLE ANDREA K. JOHNSTONE
```

APPEARANCES:

For the Government:     AUSA Charles L. Rombeau
                        United States Attorney's Office

For the Defendant:      Charles J. Keefe
                        Wilson Bush & Keefe PC

U.S. Probation:         Karin Hess


Court Reporter:         Brenda K. Hancock, RMR, CRR
                        Official Court Reporter
                        United States District Court
                        55 Pleasant Street
                        Concord, NH 03301
                        (603) 225-1454

|    |    |
|---:|----|
| 1  | P R O C E E D I N G S |
| 2  | THE CLERK:  This Court is now in session and has |
| 3  | before it for consideration a continued detention hearing via |
| 4  | videoconference in the matter of The United States versus Ryder |
| 5  | Winegar, case number 20-mj-229-AJ.  Will counsel for the |
| 6  | government and counsel for the defendant please identify |
| 7  | themselves for the record. |
| 8  | MR. ROMBEAU:  Good morning, your Honor.  Charles |
| 9  | Rombeau for the government. |
| 10 | MR. KEEFE:  Good morning, your Honor.  Charles Keefe |
| 11 | on behalf of Mr. Winegar. |
| 12 | THE COURT:  Good morning, Counsel. |
| 13 | And good morning, Mr. Winegar. |
| 14 | THE DEFENDANT:  Good morning, your Honor. |
| 15 | THE COURT:  Good morning, sir. |
| 16 | We are scheduled today for a detention hearing.  I |
| 17 | understand through the Clerk's Office, Attorney Keefe, that you |
| 18 | wish to address the Court before we commence the hearing. |
| 19 | MR. KEEFE:  Yes, your Honor.  Just as a matter of |
| 20 | form, I believe the Court has the consent to videoconference |
| 21 | and waiver of personal appearance. |
| 22 | THE COURT:  I do.  Thank you.  We'll go over that if |
| 23 | we proceed today. |
| 24 | MR. KEEFE:  All right.  Thank you.  Logistically, the |
| 25 | reason I wanted to address the Court was I received the |

1   addendum to the Pretrial Services Report last evening, and I
2   had my first opportunity to review the new information with my
3   client this morning.  There are factual assertions therein that
4   we would like to investigate and be able to address, but, due
5   to the timing, we haven't been able to yet.
6           THE COURT:  Mm-hmm.
7           MR. KEEFE:  So, we're asking for essentially 24 hours
8   for the hearing to be rescheduled to tomorrow morning at 9:00
9   a.m., if the Court has availability.
10          THE COURT:  Okay.  I do have availability.  What I
11  would like to do is this, Attorney Keefe:  To the extent that,
12  as you do your work, you conclude that 24 hours is not
13  enough -- I know that can be a tight time frame.  It's often
14  doable, but sometimes it's not, and I would hope that, to the
15  extent that there's information that you think needs to be
16  addressed either through an addition, addendum, another
17  addendum, that you share that with Probation before the hearing
18  so that Probation isn't learning it for the first time and we
19  don't have to continue it again.
20          So, I am going to grant your oral motion to continue
21  the proceeding.  We will hold 9:00 tomorrow to continue the
22  hearing, but if there's information that you think needs to be
23  corrected or addressed, or there's new information that you
24  want to share with Probation, please get it to Probation prior
25  to the hearing.

```
1              MR. KEEFE:  I will.
2              THE COURT:  All right.
3              MR. KEEFE:  I will, your Honor.
4              THE COURT:  All right.  Is there anything else that
5    needs to be addressed with the Court procedurally before we
6    conclude?
7              And, Attorney Keefe, if it would be helpful to you, we
8    did have some time set aside.  I can't give you the full hour,
9    but I would, once everyone else signs off, either you could
10   stay on this channel, or maybe we could put you into a breakout
11   room briefly, if that would be helpful to you --
12             MR. KEEFE:  To speak --
13             THE COURT:  -- and your client.
14             MR. KEEFE:  We spoke for a little bit this morning.
15             Ryder, do you want to talk?
16             THE DEFENDANT:  Yes, please.
17             MR. KEEFE:  All right.  So, please do that, your
18   Honor.
19             THE COURT:  All right.  So, probably like ten minutes,
20   if that's adequate, and then if you need to schedule something
21   else you'll need to do something outside of that.
22             But I think, Brier, we're able to accommodate that,
23   are we not?
24             THE DEFENDANT:  Thank you, your Honor.
25             THE COURT:  You're very welcome, sir.
```

1   THE DEFENDANT:  I request that my wife be included, or
2   --
3   THE COURT:  I'm going to let you work through that
4   with Attorney Keefe.  I think it's probably best for you just
5   to communicate with your client.  He can reach your wife at any
6   time.  All right?
7   THE DEFENDANT:  Oh.  Yes, your Honor.
8   THE COURT:  So, I don't want to hold things up.
9   THE DEFENDANT:  Of course.  Understood, your Honor.
10  Thank you.
11  THE COURT:  All right.  Thank you.
12  Okay.  Anything further?
13  MR. ROMBEAU:  No, your Honor.  Thank you.
14  MR. KEEFE:  No, your Honor.  Thank you.
15  THE COURT:  All right.  This matter is continued until
16  9:00 tomorrow.
17  Brier, if you would be so kind as to create a breakout
18  room and allow Attorney Keefe and Mr. Winegar to have about 10
19  minutes.
20  THE CLERK:  I will, yes.
21  THE COURT:  Thank you so much.  All right.  We'll see
22  you all tomorrow.  Thank you.
23  (WHEREUPON, the proceedings adjourned at 9:10 a.m.)
24
25

C E R T I F I C A T E

I, Brenda K. Hancock, RMR, CRR and Official Court Reporter of the United States District Court, do hereby certify that the foregoing transcript constitutes, to the best of my skill and ability, a true and accurate transcription of the within proceedings.

Date:  8/14/21         /s/ *Brenda K. Hancock*
                       Brenda K. Hancock, RMR, CRR
                       Official Court Reporter