From: Christopher Derry
1895 W Parkview Dr.
Syracuse, Utah 84075
Phone Number:530-513-1561
Language Analysis at Acclaim Technical Services
19 September 2021

To: The Honorable Judge McAuliffe

Dear Judge McAuliffe,

My name is Christopher Derry and I am writing in reference to Ryder Winegar.

I met Ryder in August of 2009 while we were both in the Navy and students at the Defense Language Institute in Monterey, CA. At DLI Ryder completely devoted himself to learning Chinese and went from having no experience in Mandarin to gaining a native proficiency in the language in only 15 months. He was amazingly determined and worked super hard to accomplish his goals, inspiring all the rest of us.

After graduating from DLI, we were both stationed in Hawaii. While on Oahu, Ryder found a passion for teaching and devoted himself to helping fellow military members from all services increase their language skills. It was during this time that our friendship really grew. I know Ryder as a loyal, passionate person who will do anything for his friends. During this time he met, began dating, and married Trish, so I also saw him mature into a devoted husband who cared for both his wife and her family.

After Ryder got out of the military we kept in touch online and through a number of visits. Through these interactions, watching Ryder's joy in welcoming his children into the world, it became obvious that Ryder had found a new passion in life and it was as a father and husband. I would ask that you please take Ryder's military service and devotion to his family into consideration when making your sentencing decision.

Very Respectfully,

Christopher Derry
*Chris Derry*

October 7, 2022

Atty Chuck Keefe
(In reference to Ryder Winegar)
378 Main St.
Nashua, NH  03060



Dear Honorable Judge McAuliffe,

My name is Noel Gagnon of 75 Millsfield Lane, Center Barnstead, NH. I am the current owner of Central NH Heating and Cooling, LLC. I am writing on behalf of defendant Ryder Winegar, whom I have known since I moved here with my family in 2006, when Ryder was still a teenager.

Ryder has always been kind, friendly and helpful to myself and my family for the entire time we have lived next to each other. In fact, there was one winter when my wife and small children were stuck at the end of the driveway during a snowstorm. I was not home and he came over immediately to help shovel and push her out to safety.
Often over the years I would hear him playing piano. He also would talk about learning several languages as well. We often would talk about gaming, which is a hobby for both of us. I remember him being excited to join and serve in the Navy. Upon his return from his service I met his wife. He then shared with excitement, the news of expecting his first daughter and then his second daughter as well.

I respect the proceedings and findings of Ryder's court case. I am writing this letter to help offer a more complete picture of who Ryder is as a person.

Sincerely,

Noel Gagnon
75 Millsfield Lane
Center Barnstead, NH 03225
603-290-3429

Chen, Jingyu
9-2-902, Xilin Yuan, Baoli Central Park, Wangjing street, Chaoyang District
Beijing, China
October 01, 2021

Dear Judge McAuliffe:

I'm JingYu Chen. I'm a Music teacher. I'm Ryder's friend. We've known each other for four years. I can speak to you with authority about the moral condition of Ryder. And I hope your good faith will take into account this brief letter when you have to make your wise decision.

In summary, Ryder is a great person and an excellent friend. He At all times, since I met him, he has shown to have a generous, kind, and devoted character towards others. He is a person with a lot of integrity and really makes a great effort to make sure that he acts correctly at all times. Your colleagues and friends know that he is a person who has a great sense of duty that has always been shown to the other members of your community, your family, and your friends.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and feel All the support that the family and friends of Ryder are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

Thank you,

*Chen, Jingyu*
Chen, Jingyu

Jing Zhang PH. D
Associate Professor
Defense Language Institute, Monterey CA
307 9th St. Pacific Grove CA 93950

October 6, 2021
RE: Mr. Ryder Winegar's Case.

To Honorable Judge McAuliffe,

I am Jing Zhang. an associate professor at Defense Language Institute. It is my great pleasure to testify in the behalf of Ryder Winegar. I have been in acquaintance with him for the past eleven years. He was an active-duty soldier in Navy and was studying a foreign language at Defense Language Institute in 2010. I was his teacher at that time. I know him not only as a teacher but also as a friend. He has consistently proven himself to be a loyal and dedicated person both in his personal and professional life. He is a great soldier, student, and team player and got along very well with all other students in my class.

Throughout the years, I have known him, he always formed a very positive opinion with his great interpersonal skills, creative and success-oriented approaches. He achieved the highest test scores in our school and this record has stood until today. No one is able to surpass his record due to his excellent and professional performance and hard work. He is such an excellent person so that I always take him as an example to my new students. He has also got along very well with all the teachers and classmates during his time at Defense Language Institute.

Ryder is a good person and always has a good conscience in his actions. I have had the fortune of knowing Ryder for eleven years and that is why I can assure you that even though he had his ups and downs in life, I and all his classmates and friends are convinced that Ryder is decent and a person with a great heart. I'm sure that Ryder is able to develop his self-esteem and self-confidence and return to the amazing person that I've always been acquainted with.

Regards,

*Jing Zhang* (signature)

Jing Zhang

October 19, 2021

The Honorable Judge McAuliffe,

I am an associate professor in DLI (Defense Language Institute) located in Monterey Presidio, California. I have been teaching Chinese here since July 2000.

In around 2010, Mr. Winegar, Ryder came to my class with another 17 students. After 18 months of intensive studying Chinese, he graduated with the highest score in the class. In fact he is one of the 2-3 best students I have taught in DLI in the last 21 years in terms of Chinese language proficiency. After he served in the Navy in Hawaii for about one year, he took DLPT (Defense Language Proficiency Test) again and I was told that he received reading 4, the highest score in the students I have taught in the last 21 years. In short he is an excellent student.

Regarding other aspects of his personality, I'd like to mention the following.

First, he is very helpful to others in the class. When I organized a discussion on how to improve Chinese learning, he is very open to share his daily activities related to learning Chinese to help students. For example, he mentioned that he even listened to Chinese songs when he took a show in the bathroom or cooked food in the kitchen to create a target-language only environment. His experience has encouraged his fellow students and the class received a teaching excellent award when graduated.

Second, he had a nice relationship with his fellow students. He also respected all the teachers in the team. This had also helpful to bring the class to success.

Third, he would persist what he thinks it is right. I used to discuss some topics related to Chinese culture and realized that he sometime has quite different opinions with others, and sometimes he is right in my eye.

Please contact me should you have any question regarding Mr. Winegar, Ryder.

Sincerely Yours,

Lianqing Wang, PhD.
Associate Professor in DLI

959 Hamilton Ave
Seaside, CA 93955

Tel: 831-917-4606
E-mail: lianqing.wang@dliflc.edu

October 3, 2021

Honorable Judge McAuliffe,

My name is Alphonse Matthew S. Rigor of 1535 River Parkway Blvd, Shreveport, Louisiana, 808-772-6856, Avionics Technician.

This is my personal character reference for Ryder Winegar. I have had the pleasure of knowing Ryder Winegar for 10 years through my cousin Trish Winegar. It all started in Hawai'i when Ryder and Trish were dating then eventually got married. I have known Ryder as a considerate, outgoing, and family-oriented father of two.

Whenever I would come visit Trish, Ryder would be there with welcoming arms letting me in their home. He would drop anything that he's doing and let his attention focus on his guest/s. He usually plays online video games, and unfortunately, pausing these kind of games are impossible as it is played in real time. Instead of continuing playing, he would get up from his chair and hang out with his guests.

If there is anything Ryder like more than anything, it has to be adventures. He would go out of his way to experience new ventures and he would even invite along people with him. I once came up to their place in New Hampshire for a visit. Thanks to Ryder's adventurous desire, I was able to go snowboarding and snowmobiling for the first time. He taught me everything he knew about those two activities including the dos and don'ts, and how to have fun with it.

As a father of two, Ryder has become busier than usual, and he whole-heartedly accepted this challenge. I have witnessed him focusing more on his kids than himself. Whenever his kids need him, he is always there to provide their needs. Ryder and Trish would take turns nurturing their kids.

Knowing Ryder as a considerate, outgoing, and family-oriented father of two brings me joy that he is now forever a part of the family. Our cultures might be different, but Ryder has a lot of positive things that he brings to the table, which is why Trish chose him to be her life partner.

*Alphonse Matthew S. Rigor*

Ted Winegar
71 Millsfield Lane  ~  Ctr. Barnstead, NH 03225

November 3, 2021
RE: Ryder Winegar

To the Honorable Judge McAuliffe

Ryder's lawyer asked me if I would write a reference letter for Ry who is my son, but the truth is that I and his mother were already planning on doing so as I sincerely feel concern about my son's well-being, his future, and the time he has already spent paying for his actions. I am hoping to do my best to convey to you my point of view.

Although it may seem hard to understand from what information you have, Ryder is a good person and has in the past had morality in his actions. Sure, like us all he has had his ups & downs, with more ups than the later, thank goodness. And yes, from what I can see in hindsight like many of us, he was not dealing well with the isolation covid put upon us all...or the political pressures brought to bear by so many and would have better served himself & family by being more focused on that immediate family and their needs than time spent on-line at night. That said my son has been a hard worker from the get-go, at age 15/16 he began working with me on my carpentry and floor installation jobs, completing his GED and throwing himself full heartedly into his piano studies, talking of perhaps applying to Julliard one day. Additionally, at age 17 on his own initiative, he set his life aside for many months to go live and work in New Orleans as a volunteer helping those impacted by Hurricane Katrina.

At age 18, upon his return from 6 months piano study in Brazil, he ran by his mother and I the idea of his utilizing his life in a more fuller manner by joining the military, spending considerable time in researching the different branches of service and settling upon the Navy linguistics program where he hoped to benefit our country through furthering his own self-motivated language studies, having already become fluent in Brazilian Portuguese and teaching himself Japanese. His time spent in boot camp was an eye-opener as it is for all who have met that calling, and his next two years studies in Monterey, California left him not only fluent in understanding Mandarin Chinese, but his having gone even further than the program called for to be able to speak, read, and write the language, putting him into an teaching position at the military school during his last many months in Monterey as he tested out at a 4.0 college skill level at his chosen language. Because his ability to teach was clearly seen, he eventually was tasked with teaching Mandarin to all military branches at the linguistic school in Honolulu. Further, he was chosen to represent the Navy upon the first ever event where our United States Coast Guard hosted not only a top Chinese Admiral and his senior officers, but the Chinese Flagship equivalent of our Coast Guard vessel to dock at Pearl Harbor...a historical event for the two nations. Ryder was tasked with not only translating for our upper Coast Guard and Naval officers during their interaction on the ship, but to "listen" for scuttlebutt as he walked the decks and do his best to get the Chinese shipmates interacting with him. Additionally, he found himself being invited afterwards to the home of our then Admiral of the US Coast Guard for a BBQ where the Admiral and his cohorts spent some time in jovial attempts to shanghai Ryder to their branch of the military.

My son is a capable man. One who can and has learned from his experiences. I do believe that he has more than learned the lesson needed as a result of his falling off the rails for a bit and I fervently hope you will make the difficult decision to allow his time spent incarcerated to be sufficient. I am in hopes you will find yourself willing to allow him to return to his family with his priorities recognized and adhered to so as to get himself and his beloved family back on the rails, building their dream home & woodwork shop on land they own in Freedom, NH, adding to their children, supporting his wife in her business endeavors and seeing their dreams of living off their own garden bounty and creating a woodworking shop where he can be creating custom made hand hewn pieces for retail sale become a reality.

Sincerely sent,

Ted Winegar

# Chief Petty Officer Joseph A. Miller

Special Reconnaissance Team 1<br>
United States Navy<br>
Coronado, CA<br>
817-703-9843<br>
Joseph.miller@socom.mil

September 28, 2021

Honorable Judge McAuliffe,

It is with no hesitation that I write this letter in support of the character of my friend Ryder Winegar. Ryder and I have known each other since we attended boot camp in the United States Navy in May of 2009. We attended language school together, and were roommates, and both of us were stationed in Hawaii together. Our families have been friends, and we even had a family ski trip together with our wives and kids.

Early on, it was clear to me that Ryder devoted himself to his passions completely, and he even finished the top graduate in our arduous and competitive pipeline. He was a skilled learner, and dedicated significant time and effort to tutor his classmates and help them achieve as well. He truly wanted others to succeed. I remember how much effort he put in to help me succeed in class, help me develop study methods, and study for hours nearly every night.

Everything that is happening with Ryder right now came as a complete shock to me when I read about it. Ryder and I had many different viewpoints politically and religiously throughout our time as friends, and we would have long intellectual discussions, dissecting our differences. My wife has commented that she believes Ryder is one of the best people she has ever met to have a philosophical discussion with. In my experience, he is an open minded, brilliant, and loyal friend.

I can't imagine the circumstances that brought Ryder to make these recent mistakes, but I know that he is a good man, and I would not write this letter if I believed otherwise. Please take into consideration the good character that I know Ryder to have inside of him.

Very Respectfully,


Joseph A. Miller

319 River Trail pl

Santee, CA 92071

Debi Kelso Winegar
71 Millsfield Lane
Center Barnstead, NH 03225

1 November 2021
RE: Ryder Blaine Winegar

To the Honorable Judge McAuliffe,

Today I come before you in written format as not only a mom, but as an individual who has been in your position, reading character references from family, friends, teachers, etc. Certainly, my hat in those years was worn in a more minor capacity than yours, but still one of a potentially life altering position – that of School Board member and a sitting member on committees overseeing ethics, discipline, and proper justice application to and for elementary and middle schoolers in our Barnstead school system, and later in similar role for Prospect Mountain High School.

As I have but this simply sheet of paper to do my best to present a different picture of Ryder than that depicted in the documents originating due to a poor decision on his behalf, I choose to do so through some small bits of Ry's life story. Such as the day he came to me at age 15 saying he decided instead of a snowboard pass he wanted classical piano lessons. This from a son who spent most his life turning off my rock'n roll, one whom had never shown an interest in an instrument to date! So piano lessons we got and within 2 months his instructor was informing us we needed to get him more formal lessons as he was surpassing the teacher's ability to teach. So off we went to Concord Music School where he was told that his desire to play such and such a classical piece was something that would take 2 to 3 years of dedicated work to accomplish; that he simply needed to put in the work with her tutelage to reach that goal. Yet a mere 3 months later (and hours and hours of listening to him practicing on his own time, forgoing many other activities and chances to be with friends) he presented to her an accomplished playing of that work to which she said to me as she exited the room, "It would have been nice to know he has been playing longer than 6 months," and with her flat out denial to believe my assertion that this was not the case, Ryder sought out a teacher via computer lines whose technique was the one he had chosen to emulate in his accomplishment – a gentleman living in London at the time – and announced to us that he would very much like our help in getting him one-on-one, in person lessons with this man. Ryder has always excelled at follow through once he decides to apply himself to a given goal.

Thus, bringing me to my next Ryder life story.

To reach this goal, we needed to up our homeschooling process, allowing Ryder to GED out of school at age 16 with (yes, I pat myself a bit here, but more so Ryder's intense desire/drive since he was a babe To Learn!). Upon contacting our prospective piano teacher, Caesar who alerted us to the fact that he & his family would be moving back to Brazil soon, asking us to hold off and mentioning the huge cost advantage his living in Brazil on a 6 month visa offered over London. In the ensuing months he continued studies with Cesar non-stop until the event of Hurricane Katrine impacted our lives. Being 17 now and somewhat footloose-and-fancy-free besides his self-schedule piano lessons and doing flooring installation jobs with his father, Ryder was on a plane to New Orleans with our church group within 10 days…for the experience of his life.

I will never forget the day Ryder called me – this big strong 17 year old – in tears, telling me how as while he was working the "pet hotline" a woman spent a good half hour giving him details about their beloved dog and his last known whereabouts, concluding with her strong desire they find this pet as their hopes rested on knowing he was their young daughter keeping her safe – while Ryder sat there knowing that the area she described was not just under water but houses there were virtual gone having been washed away by the onslaught. We spoke for some time, him continuing to share some of the heartbreaking stories he was hearing and his concern that he could not emotionally continue to do this job. I allowed him to cry off his personal emotions (at the time we had 3 beloved dogs, 11 rescued cats and many a small critter). We then spoke of his ability to compartmentalize that had done him well through the years; how he needed to approach this as a "job" playing the game of statistics, ie; number of hotline calls per hour with data turned over to the National Guard liaisons. In less than a week someone took notice of his work productivity, causing him to be assigned to one of local Parishes to join a group living and operating out of a multi-floor parking garage. His new job was to act as physical support to the National Guard and local search teams being housed and deployed from there, ensuring they were met with clean, dry clothes, food, fresh boots, finding a free cot for them to sleep, or get the medical attention they may need, and helping to guide any people or critters which those Guard members brought in with them to the right place. Ryder remained on his Katrina volunteer post, holding whatever hat was requested of him until the week before Christmas – longer than any other I knew or saw when I was there myself working with FEMA. (and yes, sending us yet one more rescued & unclaimed kitten via a friend returning to Boston!)

As I have gone well past the suggested single page, Your Honor, I will summarize as a mother and an observer of the adult my son has become. He is a dedicated husband and over the top loving father – being "Mr. Mom" in their family dynamics, currently very missed in his homeschool role, as the children's ever young-at-heart playmate, soother of all bumps and bruises, hiking companion as he exposes the kids to the world of Mother Nature, and as the chief bottle washer, laundry doer, etc., who keeps household noise and distraction off his expiring business minded wife's use of her MBA in creating more than sufficient income to allow them to not have to farm the kids out to childcare. Allowing Ryder to once more be at home & hearth to fill the role they desire with kids & within their home roles, while also creating his own passive income through his current real estate rental properties he oversees which he invested in while serving as a Chinese Linguistic teacher in the navy, would be a much desired boon by us all.

Ryder has expressed to us his serious lack of judgement – both for what he stands before you today and, in his choice to allow his drinking to have gotten the best of him through the many isolated covid months. He has expressed remorse for his actions and remorse for the impact of those actions upon the fabric of his family's lives. I truly believe Ryder when he says his sole purpose once released will be to ensure his focus is upon his family and will never again allow an outside influence to color his beliefs or actions in such a manner – in either a physical or mental influence.

I am in great hopes you will look upon Ryder's many months thus behind bars as sufficient time spent paying for his actions and implore you to allow that time to end now so he may get back to his family and begin the healing they *all* ever so much need that will allow them to open a new book in his and their Life Story – one of positive growth, love and hopefully expanding that family from 4 to 5 in the near future.


Sincerely,

Debi Winegar
Cc: Attorney Chuck Keefe

Dustin M. Jordan
1809 Broken Bit Drive
Plumas Lake, CA 95961

October 15, 2021

RE: Ryder Winegar

To The Honorable Judge McAuliffe:

I am Dustin Michael Jordan, a Technical Sergeant in the United States Air Force. I currently work as a Remotely Piloted Aircraft (RPA) Sensor Operator for the RQ-4 Global Hawk, and am the Non-Commissioned Officer in Charge of the Pacific Command section for the 12th Reconnaissance Squadron at Beale Air Force Base, California. I worked with Ryder for three years while assigned to the Hawaii Learning Center in Wahiawa, Hawaii as a Chinese Language Instructor beginning in 2012, and we have remained close friends for nearly a decade since.

Ryder is one of the most intelligent, loving, and compassionate people I have ever met, which is why the charges levied against him were such a shock when I first learned of them. The charges seem incredibly out of character with the man I know.

Ryder is a very loving and thoughtful husband as he frequently speaks highly of his wife, Trish, and is always planning for their future together. Once Ryder became a father, it was like the love he had already had grown tenfold. He recently told me fatherhood was the greatest thing for a man and that he wished it upon all of his male friends. He genuinely aspires to be the best father he can be for his two daughters. If he had any ounce of selfishness, it had become selflessness with the addition of his two little girls.

I attribute my successes to the mentorship Ryder had given me, be it professional or personal. I had the privilege of observing him teaching classes as well as countless interactions with a very diverse pool of students and instructors. It was always his passion to help others that was so inspiring. He would give as much of his time and effort as needed to help someone during or after work. This sentiment was also reflected in end-of-course critiques after each course iteration by the students. This behavior was common practice in his everyday life as well. He is a man that the greatest of us aspire to become.

I hope and pray that leniency is shown for a man of such esteemed character. His actions are not reflective nor indicative of the man he is or desires to be.

Sincerely,

Dustin M. Jordan

**This document is not intended or offered as legal advice. It has been prepared for educational and informational purposes only. Please consult a legal professional if you have legal questions.**

Dennis Vo
2007 Vineyard Creek Lane
Houston, TX 77089

November 9, 2021

RE: Ryder Winegar

To: The Honorable Judge McAuliffe:

I am Dennis Vo, a Master Sergeant in the United States Air Force. I currently work as a Remotely Piloted Aircraft (RPA) Mission Intelligence Coordinator for the MQ-9 Reaper, and am the Non-Commissioned Officer in Charge of the Intelligence Operations shop for the 111th Attack Squadron at Ellington Field Joint Reserve Base, Texas. I worked with Ryder for two years while assigned to the Hawaii Learning Center in Wahiawa, Hawaii as a Military Language Instructor (Mandarin) beginning in 2014 and have remained close friends for seven years since.

Ryder is one of the most intelligent, quick-witted and bright people I have ever met in my life. He is truly a unique person in the sense that his zest for life and love for others were unprecedented and I was shocked when I heard of the charges he is facing.

Ryder is a lover of life, constantly seeking out knowledge through reading and sharing information with others through stimulating conversation. He is also a lover of people, truly engaging with people when speaking to them always giving them his undivided attention and energy. After the birth of his two daughters and becoming a father it was evident that this love grew even more.

A lot of my success at the Hawaii Learning Center and in personal life is attributed to my interactions with Ryder. His meticulousness, work ethic and attention to detail was infectious, often causing others to reach beyond their previously believed limits. In regards to being an instructor, Ryder would selflessly contribute his time and attention to ensure that others' lives were enhanced by the slightest bit.

I hope that leniency is shown for Ryder as his actions are truly incongruent with the man he is or hopes to be.

Sincerely,

*Dennis Vo*

Dennis Vo

Prof. Eric H. Zhang
1957A California Avenue
Wahiawa, HI 96786

November 05, 2021

**RE: Ryder Winegar**

To The Honorable Judge McAuliffe:

I am professor Eric Hengyun Zhang, teaching Chinese at the Hawaii Learning Center. I worked with Ryder for three years, and was his mentor at the beginning while he was assigned here to help us with classes back in 2012. We also went out hiking on weekends together and still do it when he and his wife Trish comes back to visit Trish's family here in Hawaii.

When I think of Ryder, the first thing came into my mind is the big grin on his face and his carefree personality. His jovial nature could be infectious 10 feet away. And he is a true prodigy. I have met quite a lot of intelligent people in my academic life, but never have I met anyone who could master the Chinese to native speaker level in just 3 years. With his compassion to help and his skill, you could be sure he was very popular among our students, and our staff.

Ryder was also a good outdoor activity pal. I liked to associate with Ryder in spite of our age difference. His witty humorous jokes were a must on the long, strenuous trekking trails. He was someone around to give you a push on that steep slope. He was often found running around setting up camp fires, fetching water and cooking when everyone else was tired on the camp ground.

He is such a wonderful person, sentimental and caring! That is why I was in such a shock when I first learned what was charged against him. I know he, sometimes, could be capable of a little unorthodox deed, like a lot of prodigies may do, all with innocent intentions in their hearts. In my wildest imagination I could see he may have behaved what was alleged against him but, in no way, I would believe he meant what was construed against him. It's against the character of the person I know.

I know, our honorable judge, having presided over hundreds of cases, punished many cold-hearted criminals, relieved many wrongly accused, would immediately see through Ryder and know what kind of person Ryder is when he stands in front of you, without need of my account for his personality. Instead, I am writing this, like anyone who knew Ryder would eagerly do, to beg your mercy, which was what I think his tender and fragile heart needed most at this difficult time. I pray your leniency would stretch to him, shine on him, and dissolve whatever the confusion is that led to the alleged action, and nurture him into a better citizen his talent deserves, and a dad, a husband he desired to be.

Humbly Yours,

*[signature]*

Prof. Eric H. Zhang

Dongdong Zhang
406 Azalea Park LN
Montgomery, AL 36106

Nov. 4, 2021

RE: Ryder Winegar

To The Honorable Judge McAuliffe:

I am writing to you as a witness of knowing Ryder in a professional as well as a personal level.

My name is Dongdong Zhang, an assistant professor of Chinese language and culture for Defense Language Institute Foreign Language Center (DLIFLC), currently teaching at Maxwell Air Force Base, Air University, Montgomery, Alabama.

Previous to this assignment, from 2010 to 2014, I was a Chinese instructor at the Hawaii Learning Center, where I met Ryder, a talented Chinese instructor from whom I had learned so much regarding innovative techniques in teaching Chinese, particular the approach of using ANKI, a content card program, an efficient and effective method in reviewing and retaining information. And since then, many of my students of Air force Majors and Lieutenant colonels who have been taking my Chinese language and culture course benefit greatly from this card program. Ryder's wisdom spreads much further he had expected.

Through several in-depth interviews of Ryder for understanding why ANKI helped him to become a Chinese language learner who reached an advanced native level in a short period of three years, I also discovered Ryder to be a compassionate and hardworking person.

I hope that my letter helps in making decisions regarding Ryder's future.

Sincerely,

*Dongdong Zhang*

Dongdong Zhang, Ph.D
406 Azalea Park LN
Montgomery, AL 36106

Patricia Winegar
70 Larry Drive
Alton Bay, NH 03810
10/5/2021

RE: Ryder Winegar

To the Honorable Judge McAuliffe,

I have known Ryder Winegar as my long time partner of 10 years. We've been married for 8 years. We met in Hawaii when he was stationed there during his military service and I just moved from the Philippines to get my MBA degree and try my luck building a career here. As a wife and a mother of our two children, we are longing for his return. I completely understand the seriousness of this matter, however, I am hoping the court will show some leniency.

Ryder Winegar is intelligent and passionate. It doesn't matter what he is doing, he always puts his heart and mind into it that allows him to excel in many aspects of life – playing the piano, a Chinese Mandarin linguist, a father to our two girls. He is also a person that loves deeply. As a husband, he has shown me so much love and as my best friend, he has given me a shoulder to cry on. When we decided to have kids, we both agreed to have one parent home and he graciously offered to do it because I didn't want to stop working to build my career.

He made some bad decisions to drink a little too much during a troubled period that has resulted in this case but if there is one thing I am certain of, is that he is ready to accept responsibility for his actions. I believe that with the love and support of his family, he will emerge to be a better person and a person constantly aiming to seek to change for the better. I've found our eldest waking up in the middle of the night crying for him, wanting her "Papa" to come home. This is his biggest regret, hurting his children for his wrong decisions and I know for a fact he would not want to do anything to disappoint our children again.

Ryder has admitted that he had abused his alcohol intake during the months of COVID and election year and is seeking assistance. He has expressed a deep sense of remorse for the seriousness of his actions.

I hope the court takes this letter into consideration at the time of sentencing.

Sincerely,

Patricia Winegar
Ryder Winegar's wife