Patricia Winegar
70 Larry Drive
Alton Bay, NH 03810
11/19/2021


RE: Ryder Winegar


To the Honorable Judge McAuliffe,

Ryder Winegar is my long-time partner of 10 years. We've been married for 8 years. We met in Hawaii when I moved from the Philippines to get my master's degree in business administration, and he was in the military service. Speaking on behalf of myself and our two children, we are deeply longing for his return. I completely understand the seriousness of this matter, but nevertheless, we are hoping the court will show some leniency.

Ryder is intelligent and passionate. It doesn't matter what he is doing, he always puts his heart and mind into it that allows him to excel in many aspects of life – playing the piano, a Chinese Mandarin linguist, a father to our two girls, and a husband to me.

He learned the piano in his late teens and when teachers have constantly told him it will take years for him to learn to play classical piano pieces like Bach and Mozart because he is just a novice, he refused to believe it and found a teacher who would believe he could. And he did. He plays them for me and our girls everyday and continues to expand his repertoire.

He learned Chinese Mandarin in the military. His professors at Defense Language Institute became great friends as he excelled past the other students. His skills were so excellent, he taught the language as his job in the military. I have heard both from Chinese speaking individuals and his coworker friends how great his skill is in speaking and reading the language as well as his ability to teach it using unconventional methods.

For a while, he struggled to find more meaning to life, that is until our girls came into the picture. This allowed him to understand his purpose better. More importantly he has found more motivation to be the best he can be to serve as a role model to our kids. We intended on having more, 2 more to be exact. And the girls love him and miss him so much. He was their primary caretaker and he would bring the girls everywhere to go do things to learn but more importantly have fun. They would walk to the library to read a ton of books and drive to the parks spending hours on the slides. Especially with our eldest, he and our first born always found themselves outside gardening or building new things. As young as 3 years old, our daughter learned snowboarding and doing penguin slides using their sleds. We intend on teaching our youngest soon too.

He is a person that loves deeply. As a husband, he has shown me so much love and as my best friend, he has given me a shoulder to cry on. When we decided to have kids, we both agreed to have one parent home and he graciously offered to do it because I didn't want to stop working and build my career. From day 1, he has inspired me to be better. He persuaded me to take the GMAT test to get me into an MBA program as quickly as possible. He has cheered me on as I

struggled but managed to close deals in my sales profession. He has believed in me, especially in times when I fail to believe in myself, constantly reminding me of my strength and abilities when insecurities cloud my judgment. He is my other half, and I can't reiterate enough how much I want him home.

He made some bad decisions to drink a little too much during a troubled period that has resulted in this case but if there is one thing I am certain of, is that he has accepted responsibility for his actions. I believe he will emerge to be a better person and a person constantly aiming to seek to change for the better with the love and support of his family. I've found our eldest waking up in the middle of the night crying for him, wanting her "Papa" to come home. This is his biggest regret, hurting his children for his wrong decisions and I know for a fact he does not want to do anything to disappoint our children again.

Ryder has admitted that he had abused his alcohol intake during the months of COVID and election year and is seeking assistance. He has expressed a deep sense of remorse for the seriousness of his actions.

I hope the court takes this letter into consideration at the time of sentencing.

Sincerely,


Patricia Winegar
Wife

FROM THE DESK OF *CHARIS DERRY* IN THE ART STUDIO

November 18, 2021
To The Honorable Judge McAuliffe

Dear Judge McAuliffe,

My name is Charis Derry and I am writing in reference to Ryder Winegar.

I met Ryder in 2010 when I was dating my then-future husband Chris, who was friends with him while they were both in the Navy at the Defense Language Institute in Monterey, CA. He impressed me right away as very smart and super hardworking. When my husband and I got married at the end of 2010, Ryder was at our wedding. Right after that we and he, and a group of other DLI grads and their spouses, all moved to Oahu, HI to their new station on Pearl Harbor. It was a great group of friends that I'm forever grateful for, all supporting each other as we made that big life change together, and it was there in Hawaii that I really got to know Ryder.

Ryder was a favorite of mine among my husband's friends, and I quickly came to consider him not only my husband's friend but my own friend. He could be genuinely a good friend to both men and women, treating everyone equally, and I enjoyed all our talks of travel and life experiences and intellectual debates. We didn't always agree on everything, but he always was kind and willing to engage, learn, and hear another perspective. I remember him telling us about Brazil and his piano playing and growing up on the east coast, and I always learned so much from him myself because he so passionately threw himself into whatever he was doing with such a love of learning and an analytical mind.

As the years went on in Hawaii, I was able to be a part of his and Trish's life as they were dating. Then a couple more years later and I was the one going to his wedding. It was wonderful to watch him grow into a good husband, and a man who cared for his wife's family as much as his own. And not too soon after, I got to see him become a father and witness his complete devotion to that little baby.

It was around then that life took us all in different directions location wise, so with Trish and Ryder now on the opposite of the country, we definitely didn't get to keep in touch near as much as I wish we had. But there were occasional messages and getting to follow and watch each other's lives play out online as both our families grew. Ryder really impressed me as a man who supported his wife so her career could grow, in words and action, by finding ways to work from home so he could take care of his 2 little ones. His kiddos really need him around. I believe he'll choose to do whatever is best for them from here on out. Please take Ryder's family and especially his children in consideration when making your sentencing decision. Thank you for taking the time to read this letter of support.

Sincerely,

Charis Derry
artist/designer/mother

1895 W. PARKVIEW DR., SYRACUSE, UT 84075  (831) 588-1076  CHARISDERRY@GMAIL.COM