From:   Maria Teresa Lim
        801 South St. 4223B
        Honolulu, Hawaii 96813

To   :  Honorable Judge McAuliffe
        Chuck Keefe, 378 Main St.,
        Nashua NH 03060

Re: Ryder Winegar

To The Honorable Judge McAuliffe:

I am writing in reference to Ryder Winegar who is appearing before your court due to federal charges.

I have known Ryder for a decade now, he was introduce by my daughter while he is on active military duty assigned here in Hawaii. He was a fine young man full of ambitions and worked hard to get a degree. He listens and put to work what you advise him. He invested his earnings well in the military buying real estate properties that eventually made him financially stable even after leaving the service. He married my daughter and move back to New Hampshire after. He speaks and writes Mandarin Language far better than my husband who can understand the language. We get together every year to celebrate Christmas and the union our families. Reunions is something we look forward which gives us opportunity to catch up and update events in our lives.

Ryder is an intelligent idealistic person, proud American and cares for his parents. He is a decent person but like many of us he is capable of committing mistakes. Nonetheless, he is not a violent person, he was a victim of false information and changing political landscape that is so polarizing. He was not able to handle his views well. Worse he expressed it the wrong way. For whatever it's worth this whole thing humbled him, I can see how he love his wife and 2 kids. Seeing them going through emotional roller coaster as a result of his actions is hard for him to bear. He is remorseful, realized how his silly actions has affected his family and extended family.

As a parent I normally advised him to choose his battle. Focus on areas that can help him as person, his wife, their kids and matters that makes difference to people lives. They have bright plans ahead as a family including developing a parcel of land they recently bought into a micro farmland eventually expanding to do commercial. I humbly look forward to seeing Ryder back to his family soon.

Thank your honor for spending time reading this letter of support to Ryder Winegar.

Sincerely yours,

*Maria Teresa Lim*
Maria Teresa Lim