IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

v.                                    Case No. 21-CR-21-01-SM

Ryder Winegar,

        Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on December 1, 2021, in the above-captioned action, have been satisfied and paid in full.

                                              JOHN J. FARLEY
                                              Acting United States Attorney

                                              By: /s/ Michael T. McCormack
                                              Michael T. McCormack (No. 16470)
                                              United States Attorney's Office
                                              53 Pleasant Street, 4th Floor
                                              Concord, NH 03301
                                              (603) 225-1552
                                              Michael.McCormack2@usdoj.gov

DATED:    December 29, 2021